**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Frank T. Zigman Jr. aka Francis T. Zigman aka Ronald Frank Zigman dba Ambassador 35 Limousine, LLC dba Ambassador 35 Limousine, Inc.<br>            Debtor(s) | CHAPTER 13<br><br>BKY. NO. 24-11219 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Philadelphia Federal Credit Union and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
18 Apr 2024, 23:57:32, EDT

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322