# PFCU
## PHILADELPHIA FEDERAL CREDIT UNION

```
Torresdale Branch
3799 Clarendon Ave
Philadelphia PA 19114
Inquiries Call:                      215-934-3500

Acct XXXXXX5098              ZIGMAN, FRANK T
Eff: 06/05/24                Date: 06/05/24
Tlr: 2099                    Time:  1:49pm
_____

Payment to    AUTO-NEW 0005
Due date:
Amount:                                 1,542.65
Principal:                                  0.00
Interest:                                 925.61
Fees:                                     617.04
New Bal:                               63,870.98
Seq:                                    #536739
_____

Cash Dispense Clearing                  1,500.00
Ref number:                                  084
Cash Received                               0.70
Mutilated Received                          0.70
Cash Dispense Clearing                     42.00
Ref number:                                  084
Cash Disbursed
Mutilated Disbursed                        -0.05
```