United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 24-11219-amc

Frank T. Zigman, Jr.                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: pdf900 | Total Noticed: 5 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Frank T. Zigman, Jr., 5006 No. Convent Lane, Apt J, Philadelphia, PA 19114-3124 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 22 2024 07:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2024 07:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2024 07:08:00 | Commonwealth of Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: CollectionsDept@PFCU.COM | Jun 22 2024 07:08:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, pa 19154 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | |
| | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jun 21, 2024                       Form ID: pdf900                                Total Noticed: 5

on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

RONALD G. MCNEIL, Esquire

on behalf of Debtor Frank T. Zigman  Jr. r.mcneil@verizon.net

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT

on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com


TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  :        CHAPTER 13
   **FRANK T. ZIGMAN**              :
                                 :        HEARING: June 18, 2024 – 11:00 AM
                                 :        No. 24-11219 (amc)

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

     **AND NOW**, this ____21st____ day of ____June_____, 2024, upon consideration of the Motion of Philadelphia Federal Credit Union ("**PFCU**") pursuant to §§362(d) and (e) for Relief from the Automatic Stay under Section 362(a) of the Bankruptcy Code (the "**Motion**"), and notice and opportunity for hearing thereon, it is hereby

     **ORDERED**, that the Motion be, and the same hereby is, granted in part[1], and it is further

     **ORDERED**, that the Automatic Stay afforded by §362(a) of the Bankruptcy Code be, and hereby is, **VACATED** to permit PFCU to exercise its rights as a secured creditor of the Debtor as more fully set forth in the Motion, pursuant to the Notes and title-endorsed liens, and applicable state law, as to a certain 2017 Tesla Model X, VIN XXXX-XXXX-XXXX-X9608, by repossessing the vehicle, with or without judicial process, in any manner permitted by Pennsylvania and federal law.

     After recovery and resale of the vehicle, PFCU may commence and prosecute such actions as are necessary to perfect its right to deficiency claims under applicable state law, but shall not execute upon any such claim while this case remains open, without further Order of this Court.

     The 14-day stay of B.R. 4001(a)(3) is waived, and this Order shall take effect immediately upon entry.

BY THE COURT:

_____
ASHELY M. CHAN
United States Bankruptcy Judge

---

[1]    The parties will submit a stipulation resolving the portion of this motion regarding the Debtor's 2023 GMC Yukon by July 18, 2024, or will request that the matter be relisted.