**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **FRANK T. ZIGMAN** | : | |
| | : | HEARING: July 23, 2024 – 11:00 AM |
| | : | No. 24-11219 (amc) |

**NOTICE OF HEARING**

Please take notice that the Court will hold a hearing on the Motion of Philadelphia Federal Credit Union for Relief from the Automatic Stay on Tuesday, July 23, 2024, at 11:00 AM.

The hearing will be held by telephone conference call.

To connect to the hearing, dial (877)873-8017 at least ten minutes before the scheduled time, and key in the passcode 3027681.

Respectfully submitted,

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:  */S/ William J. Levant, Esquire*
**WILLIAM J. LEVANT, ESQUIRE**
910 Harvest Drive, 2nd Floor
Post Office Box 3037
Blue Bell, PA 19422
(610)941-2474 / (610)684-2020 – Telecopier
wlevant@kaplaw.com
Attorneys for Philadelphia Federal Credit Union

Date: July 8, 2024