United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Frank T. Zigman, Jr.  
    Debtor

Case No. 24-11219-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 25, 2024      Form ID: pdf900      Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Frank T. Zigman, Jr., 5006 No. Convent Lane, Apt J, Philadelphia, PA 19114-3124 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14873113 | Email/Text: CollectionsDept@PFCU.COM | Jul 25 2024 23:53:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1003 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

**Name**      **Email Address**

CHRISTOPHER R. MOMJIAN  
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

DENISE ELIZABETH CARLON  
    on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com

KENNETH E. WEST  
    ecfemails@ph13trustee.com philaecf@gmail.com

RONALD G. MCNEIL, Esquire  
    on behalf of Debtor Frank T. Zigman Jr. r.mcneil@verizon.net

United States Trustee  
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT  
    on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 25, 2024 | Form ID: pdf900 | Total Noticed: 2

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **FRANK T. ZIGMAN** | : | |
| | : | HEARING: July 23, 2024 – 11:00 AM |
| | : | No. 24-11219 (amc) |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this ___25th___ day of ___July___, 2024, upon consideration of the Motion of Philadelphia Federal Credit Union ("**PFCU**") pursuant to §§362(d) and (e) for Relief from the Automatic Stay under Section 362(a) of the Bankruptcy Code (the "**Motion**"), and notice and opportunity for hearing thereon, it is hereby

**ORDERED**, that the Motion be, and the same hereby is, granted in part[1], and it is further

**ORDERED**, that the Automatic Stay afforded by §362(a) of the Bankruptcy Code be, and hereby is, **VACATED** to permit PFCU to exercise its rights as a secured creditor of the Debtor as more fully set forth in the Motion, pursuant to the Note and title-endorsed lien, and applicable state law, as to a certain 2023 GMC Yukon XL, VIN XXXX-XXXX-XXXX-X7021, by repossessing the vehicle, with or without judicial process, in any manner permitted by Pennsylvania and federal law.

After recovery and resale of the vehicle, PFCU may commence and prosecute such actions as are necessary to perfect its right to deficiency claims under applicable state law, but shall not execute upon any such claim while this case remains open, without further Order of this Court.

The 14-day stay of B.R. 4001(a)(3) is waived, and this Order shall take effect immediately upon entry.

BY THE COURT:

_____
ASHELY M. CHAN
United States Bankruptcy Judge

---

[1] The portion of this Motion regarding a certain 2017 Tesla Model X was previously disposed-of, by Order dated June 21, 2024 (Docket # 33).