United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-11219-amc
Frank T. Zigman, Jr.     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Sep 19, 2024     Form ID: pdf900     Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Frank T. Zigman, Jr., 5006 No. Convent Lane, Apt J, Philadelphia, PA 19114-3124 |
| 14873096 | | Bakers Bay Condo. Association I, 9401 State Road, Philadelphia, PA 19114 |
| 14873100 | | CeruLean, 501 Southlake Blvd, Richmond, VA 23236-3042 |
| 14877716 | | Commonwealth of PA, Dept. of Revenue, Michelle A. Henry, The Phoenix Bldg. 1600 Arch St, Ste. 300 Philadelphia, PA 19103 |
| 14873106 | | First Premier Bank, a/k/a,, Premier Bankcard, LLC, Bankruptcy Department, 3820 No. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14873108 | | Mercury Indemnity Co. of Florida, 1901 Ulmerton Road, Suite 6, Clearwater, FL 33762-2307 |
| 14873114 | | Philadelphia Federal Credit Union, 425 Phillip Blvd, Ewing, NJ 08618-1430 |
| 14874237 | + | Philadelphia Federal Credit Union, C/O William J. Levant, 910 Harvest Drive, PO BOX 3037, Blue Bell, PA 19422-0765 |
| 14878316 | + | Philadelphia Federal Credit Union, C/O Michael Farrington, 701 Market St. Ste. 5000, Philadelphia, PA 19106-1541 |
| 14873118 | | Philadelphia Municipal Court, Traffic/Administrative Judge, 800 Spring Garden Street, Room 2nd FL, Philadelphia, PA 19123-2690 |
| 14901253 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |
| 14873122 | + | Verve Card//Genesis Financial Solutions, Inc., CB Indigo//Celtic Bank, P.O. Box 4477, Beaverton, OR 97076-4401 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2024 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2024 23:58:00 | Commonwealth of Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |
| 14873095 | | Email/Text: bk@avant.com | Sep 19 2024 23:59:00 | Avant, LLC/Web Bank, 222 W. Merchandise Mart, Suite 900, Chicago, IL 60654-1105 |
| 14873098 | ^ | MEBN | Sep 19 2024 23:55:39 | Best Buy, Bankruptcy, 7601 Penn Avenue South, Richfield, MN 55423-8500 |
| 14892626 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 19 2024 23:58:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14873102 | | Email/Text: cfcbackoffice@contfinco.com | Sep 19 2024 23:58:00 | Continental Finance Company, LLC, 4550 Linden Hill Road, Suite 400, Wilmington, DE 19808-2952 |
| 14873099 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 00:06:29 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14877474 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:07:04 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14873101 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:07:30 | CitiCorp Credit Services, Inc., Citibank Client Services, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14873103 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2024 00:06:31 | Credit One Bank, N.A., Bankruptcy Department, |

| Recipient # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 6801 So. Cimarron Road, Las Vegas, NV 89113-2273 |
| 14873105 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2024 23:59:00 | Destiny Card, c/o Concora Credit Inc., P.O. Box 4477, Beaverton, OR 97076-4401 |
| 14873104 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2024 23:59:00 | Feb Destiny, 14600 NW Greenbrier Parkway, Beaverton, OR 97006-5745 |
| 14873107 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2024 23:58:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14896512 | | Email/Text: BNCnotices@dcmservices.com | Sep 19 2024 23:58:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14873109 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 19 2024 23:58:00 | New Jersey Turnpike Authority, E-Z Pass, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 14873112 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 19 2024 23:58:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # 04-NW, Philadelphia, PA 19103-1338 |
| 14873113 | | Email/Text: CollectionsDept@PFCU.COM | Sep 19 2024 23:58:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1003 |
| 14873110 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14873111 | ^ | MEBN | Sep 19 2024 23:55:52 | Pennsylvania Turnpike Commission, E-ZPass Customer Service Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14878152 | ^ | MEBN | Sep 19 2024 23:55:36 | Philadelphia Federal Credit Union, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14873115 | ^ | MEBN | Sep 19 2024 23:55:20 | Philadelphia Gas Works, Bankruptcy Unit, P.O. Box 3500, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14873116 | + | Email/Text: megan.harper@phila.gov | Sep 19 2024 23:59:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 14892141 | + | Email/Text: bankruptcy@philapark.org | Sep 19 2024 23:59:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 14873117 | | Email/Text: bankruptcy@philapark.org | Sep 19 2024 23:59:00 | Philadelphia Parking Authority, Office of Chief Counsel, 701 Market Street, Suite 5400, Philadelphia, PA 19106-2895 |
| 14877692 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 00:07:29 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14892903 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2024 23:59:00 | Premier Bankard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14892904 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2024 23:59:00 | Premier Bankard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14883124 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 23:58:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14898112 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 00:06:17 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14873119 | | Email/Text: ssa.bankruptcy@ssa.gov | Sep 19 2024 23:58:00 | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2924 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 14873120 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 00:06:16 | Synchrony Financial, Bankruptcy Department, 777 Long Ridge Road, Suite 2, Stamford, CT 06902-1259 |
| 14873097 | Email/Text: jcissell@bankofmissouri.com | Sep 19 2024 23:58:00 | The Bank of Missouri, Bankruptcy Department, 916 No. Kingshighway Street, Perryville, MO 63775-1204 |
| 14873121 | Email/Text: birminghamtops@sba.gov | Sep 19 2024 23:59:11 | U.S. Small Business Administration, Collection/Bankruptcy Department, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | PHILADELPHIA FEDERAL CREDIT UNION, ATTN BONNIE, 12800 TOWNSEND RD, PHILADELPHIA PA 19154-1095, address filed with court:, Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, pa 19154 |
| 14874621 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2024   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| RONALD G. MCNEIL, Esquire | on behalf of Debtor Frank T. Zigman Jr. r.mcneil@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| FRANK T. ZIGMAN, JR., | : | |
| Debtor(s) | : | Bky. No. 24-11219-AMC |

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: Sept. 19, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE