UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No. 24 - 11219 |
| Frank T. Zigman, Jr. | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## CERTIFICATE OF SERVICE

Pursuant to this Court's September 19, 2024 Order Dismissing Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of this September 19, 2024 Order was served via electronic means (CM/ECF), via hand delivery, and/or via first class postage prepaid, properly franked upon the following:

Debtor

creditors listed on Matrix

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107-0837

Office of the U.S. Trustee
Robert N.C. Nix, Sr. Federal Bldg
900 Market Street, Suite 320
Philadelphia, PA 19107-4202

                                                         /s/ Ronald G. McNeil
                                                        Ronald G. McNeil, Esquire
                                                        Attorney for Debtor
                                                        DATE: September 22, 2024