

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

JOFFIE C. PITTMAN, III
ADMINISTRATIVE JUDGE

December 13, 2024

Ronald G. McNeil, Esquire
1333 Race Street
Philadelphia, PA 19107-1585

DEC 19 2024

    Re:  Frank T. Zigman Jr.
          Bankruptcy No: 24-11219-amc
          Chapter 13

Dear Mr. McNeil:

    We have been notified by the Federal Bankruptcy Court that the above-captioned matter, which was filed on April 11, 2024, was dismissed by Court Order dated September 19, 2024.

    Per our correspondence to you in June, 2024, an initial search of our records indicated that there were no outstanding citations charged to the above-mentioned debtor and for that reason, we requested more information to further research the case.

    If you have intentions of filing a new petition in Bankruptcy kindly provide us with the following information.

1. Prior addresses (in or out-of-state)
2. Date of birth for the petitioner(s)
3. Driver's license number for the petitioner(s)
4. Citation number(s)

    Please be advised that the Municipal Court, Traffic Division, has no jurisdiction over parking violations.

    Thank you for your attention.

                                            Sincerely,

                                            Joffie C. Pittman, III
                                            ADMINISTRATIVE JUDGE

JCP/mm
cc: Bankruptcy Court